

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small><br>L<small>AW</small> D<small>EPARTMENT</small><br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **ZACHARY KALMBACH**<br>*Assistant Corporation Counsel*<br>zkalmbac@law.nyc.gov<br>Phone: (212) 356-2322 |

> The conference scheduled for Juen 17, 2022, is adjourned *sine dia*.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: June 15, 2022
> New York, New York

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Walid Hassan v. City of New York, and the City University of New York
22-CV-04030 (ER)

Your Honor:

I represent defendants the City of New York and the City University of New York in the above-referenced matter.[1] Defendants write to respectfully request that the Court adjourn the pre-motion conference currently scheduled for Friday, June 17, 2022, *sine die*, in light of plaintiff's filing of the Amended Complaint. This is defendants' first request for an adjournment of the pre-motion conference. This Office has attempted to reach plaintiff to obtain his position on this request but has not been able to reach him.

By way of background, on June 8, 2022, defendants filed a letter requesting a pre-motion conference regarding their anticipated motion to dismiss the Complaint (ECF No. 6). On June 10, 2022, the Court scheduled a pre-motion conference for June 17, 2022, at 10:30 a.m. (ECF No. 7). On June 14, 2022, plaintiff filed an Amended Complaint (ECF No. 10). As such, defendants' anticipated motion to dismiss the Complaint is now moot.

Defendants are currently digesting plaintiff's Amended Complaint and will respond accordingly. However, because defendants' anticipated motion to dismiss the Complaint is now moot, defendants respectfully request that the Court adjourn the June 17, 2022 pre-motion conference *sine die*, pending defendants' response to the Amended Complaint.

---

[1] This case has been assigned to Assistant Corporation Counsel Bobbie Brown, who is awaiting admission to the New York Bar. Ms. Brown is handling this matter under supervision and may be reached at (212) 356-2337 or bobrown@law.nyc.gov.

Defendants thank the Court for its consideration herein.

          Respectfully submitted,

          /s/ *Zachary Kalmbach*
          Zachary Kalmbach
          *Assistant Corporation Counsel*

cc: **Regular Mail**
    Walid Hassan
    *Plaintiff* pro-se
    14-16 30th Road, Apt. 3L
    Astoria, New York 11102